**Roger Lee ROWE, Petitioner–Appellant,**

v.

**Howard PAINTER, Warden, Respondent–Appellee.**

**No. 01–6760.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Nov. 15, 2001.

Roger Lee Rowe, pro se. Dawn Ellen Warfield, Allen Hayes Loughry, II, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Roger Lee Rowe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Rowe v. Painter,* No. CA–00–359–3 (S.D.W.Va. Mar. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*